JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT CAMACHO, | Case No. 2:17-cv-06554-JLS-JC |
| Petitioner, | |
| v. | JUDGMENT |
| DEBBIE ASUNCION, Warden, | |
| Respondent. | |

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the operative First Amended Petition for Writ of Habeas Corpus by a Person in State Custody is denied and this action is dismissed with prejudice.

IT IS SO ADJUDGED.

DATED: January 20, 2021

_____
HONORABLE JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE